**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 30, 2006

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: J. B. v. Wood
  Civil Action No.2:06-cv-00755-CSC

The above-styled case has been reassigned to Judge W. Harold Albritton, III.

Please note that the case number is now **2:06-cv-00755-WHA**. This new case number should be used on all future correspondence and pleadings in this action.