| 2. Article Number | COMPLETE THIS SECTION DELIVERY | |
|---|---|---|
| 7160 3901 9841 5329 9454 | A. Received by (Please Print Clearly) *Gina Carleton* | B. Date of Delivery |
| | C. Signature X *Gina Carleton* | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to: | | |

06cv755 S+C

**Walter Wood**
**Alabama Dept of Youth Services**
**Post Office Box 66**
**Mt. Meigs, Alabama 36057-0001**

PS FORM 3811, January 2005                    Domestic Return Receipt