IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and<br>through his next friend,<br>Addie Ward, on behalf of<br>himself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his<br>individual capacity,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br>CIVIL ACTION NO.<br>2:06cv755-MHT |

ORDER

It is ORDERED that the motion for additional time (doc. no. 8) is granted to the extent that the parties are allowed until October 25, 2006, to file their Rule 26(f) report.  If it should end up that this case should be consolidated with another case, the court can, at that time, fold the other case into this case.  However, the

issue of consolidation is no reason to delay the filing of a Rule 26(f) report.

DONE, this the 18th day of October, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE