IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:06cv755-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
     Defendant.                )


J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:06cv908-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
     Defendant.                )
```

**ORDER**

It is ORDERED that the parties show cause, if any there be, in writing by October 25, 2006, why the motion to consolidate (doc. no. 4) filed in civil action no. 2:06cv908-MHT should not be granted.

DONE, this the 24th day of October, 2006.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**