IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated; | * * * * * |
| Plaintiff, | * |
| vs. | *   CASE NO:02:06cv755-MHT |
| | * * |
| WALTER WOOD, in his individual capacity, | * * * |
| Defendant. | * |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

COMES NOW the plaintiff, by and through counsel, and in response to the Order to Show Cause states as follows:

1. That plaintiff has no objection to the consolidation of civil action 2:06cv908-MHT with this action.

Respectfully submitted on this the 25th day of October, 2006.

                                                s/Robert D. Drummond, Jr.
                                                Robert D. Drummond, Jr.
                                                Attorney for the Plaintiff
                                                ASB-4619-O78R
                                                323 De La Mare Ave.
                                                Fairhope, AL 36532
                                                251-990-6249
                                                fax:251-650-1264
                                                robertdrummond@bellsouth.net

Certificate of Service

    I hereby certify that a copy of the foregoing was served electronically on counsel for the defendant, T. Dudley Perry, P.O. Box 66, Mt. Meigs AL by filing the same electronically with the Clerk of the Court, United States District Court for the Middle District of Alabama on this the 20th day of October, 2006.

s/Robert D. Drummond, Jr.