IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B.**, a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>2:06cv755-MHT |
| **WALTER WOOD**, in his individual capacity, | )<br>)<br>) | |
| Defendant. | ) | |
| | | |
| **J.B.**, a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>2:06cv908-MHT |
| **WALTER WOOD**, in his individual capacity, | )<br>)<br>) | |
| Defendant. | )<br>) | |

**RESPONSE TO ORDER DATED OCTOBER 24, 2006**

    The Defendant, J. Walter Wood, Jr., by and through the undersigned attorney, objects to the consolidation of the above referenced cases, and in support whereof states as follows:

    1. The Plaintiff filed the first of these two identical lawsuits while in the custody of the Department of Youth Services. The Defendant in answer thereto asserted the provisions of the

Prison Litigation Reform Act (the "PLRA"). In response, after the Plaintiff left the custody of the Department of Youth Services, the Plaintiff filed the second lawsuit, presumably to avoid the provisions of the PLRA. Now the Plaintiff seeks to merely consolidate the cases.

2. Consolidation of the two cases should not merely serve as a subterfuge to skirt the provisions of the PLRA with regard to the claims asserted in the first lawsuit. Common questions of law and fact vary significantly, and significant confusion of the issues will result from consolidation.

WHEREFORE, the Defendant requests that the Court deny the Plaintiff's motion to consolidate these cases.

Respectfully submitted
TROY KING
ATTORNEY GENERAL

**s/ T. Dudley Perry, Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hearby certify that on the 25th day of October, 2006, I electronically filed the foregoing **RESPONSE TO ORDER DATED OCTOBER 24, 2006,** with the Clerk of the Court Using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
**BEASLEY, ALLEN, CROW**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond, Jr., Esq.
**ATTORNEY AT LAW**
 323 De La Mare Avenue
Fairhope, AL 36532
robertdrummond@bellsouth.net


                                        **s/T. Dudley Perry, Jr.**

                                        T. Dudley Perry, Jr.
                                        Bar Number: 3985-R67T
                                        Deputy Attorney General
                                        Attorney For Defendant
                                        J. Walter Wood, Jr.