IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:06cv755-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
    Defendant.                 )


J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:06cv908-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
    Defendant.                 )
```

# ORDER

The court being of the opinion that these two cases have common questions of law and fact, it is ORDERED that, pursuant to Fed.R.Civ.P. 42(a):

(1) The motion to consolidate cases (doc. no. 4), in civil action no. 2:06cv908-MHT, is granted.

(2) The above two cases are consolidated.

(3) Civil action no 2:06cv755-MHT shall be the lead case.

DONE, this the 1st day of November, 2006.


　　　　　　　　　　　　　　　　   /s/ Myron H. Thompson   
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**