IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO:02:06cv755-MHT** |
| | * * | |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |
| | | |
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO:02:06cv908-MEF** |
| | * * | |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |

### MOTION FOR EXTENSION OF TIME FOR FILING
### MOTION FOR CLASS CERTIFICATION

COMES NOW the plaintiff, by and through counsel, and requests the Court to extend the time for filing Motions and Briefs regarding class certification for thirty days and as grounds states as follows:

1. That plaintiff's motion for class certification is due January 31, 2007. That in late November 2006, the plaintiff submitted his Requests for Production to the defendant, the requests relating to documentation relevant to a motion for class certification.

2. That the defendant has failed to respond to the requests for production, nor has the defendant objected to the same. That the requested documents pertain directly to establishing the propriety of maintaining this action as a class action and, in lieu of filing a motion to compel, the plaintiff requests the Court extend the time for filing plaintiff's Motion for Class Certification and supporting brief for thirty days. Plaintiff believes the defendant will produce the requested documents in a timely fashion to allow submission of his motion and brief by March 2, 2007.

3. That extension from the current deadline of January 31, 2007 to March 2, 2007 does not detrimentally impact any other deadline set forth in the scheduling order.

4. Counsel for the defendant previously indicated concurrence with this motion, however, due to his unavailability to coordinate the filing of a joint motion, plaintiff submits this request absent confirmation of defendant's position regarding the request.

WHEREFORE THE PREMISES CONSIDERED, the plaintiff requests an additional thirty days to file motions and briefs regarding class certification.

Submitted on this the 30th day of January, 2007.

s//Robert D. Drummond, Jr.
Attorney for the Plaintiff
ASB-4619-O78R
323 De La Mare Ave.
Fairhope, AL 36532
251-990-6249
fax:251-650-1264
robertdrummond@bellsouth.net

                                                    s//Michael J. Crow
                                                    Attorney for the Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2007, the foregoing was electronically filed with the Clerk of this Court thereby providing notice to counsel for the defendant, T. Dudley Perry, Esq.


                                                    s//Robert D. Drummond, Jr.