IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv755-MHT |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv908-MHT |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the motion for extension of time (doc. no. 17) is granted.

DONE, this the 30th day of January, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**