IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated;<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*　CASE NO.: 2:06cv00755-MHT<br>*　CLASS ACTION<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**PLAINTIFF'S MOTION FOR EXTENSION TO FILE
HIS BRIEF ON CLASS ACTION STATUS**

Plaintiff J.B. seeks an Order from the Court requesting an extension to file his brief on Class Action status.

As grounds for his motion, he would show the following:

1.　Plaintiff's counsel had a family emergency occur on March 1, 2007. Therefore, they need a one (1) day extension to file their brief on March 5, 2007.

　　　　　　　　　　　　　　　　　　 /s/Robert D. Drummond, Jr.
　　　　　　　　　　　　　　　　　　ROBERT D. DRUMMOND, JR. (DRU004)
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

OF COUNSEL:

323 De La Mare Avenue
Fairhope, Alabama 36532
(251) 990-6249

/s/Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343 - Telephone
(334) 954-7555 – Facsimile


## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


T. Dudley Perry, Jr.
Counsel, DYS
1000 Industrial School Road
Mt. Meigs, Alabama 36057

/s/Michael J. Crow
OF COUNSEL