IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv755-MHT |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv908-MHT |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for extension (doc. no. 19) is granted.

DONE, this the 6th day of March, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE