IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and ) <br> through his next friend, ) <br> Addie Ward, on behalf of ) <br> himself and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> WALTER WOOD, in his ) <br> individual capacity, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:06cv755-MHT |
| J.B., a minor child, by and ) <br> through his next friend, ) <br> Addie Ward, on behalf of ) <br> himself and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> WALTER WOOD, in his ) <br> individual capacity, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:06cv908-MHT |

**ORDER**

**It is ORDERED that the motion for class certification (doc. no. 21) is set for submission, without oral argument, on April 3, 2007, with all briefs and evidentiary materials due by said date.**

**DONE, this the 8th day of March, 2007.**

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**