**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

March 8, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   J.B. v. Wood

Case Number:   2:06-cv-00755-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 23 ORDER    filed on    March 8, 2007.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and  )
through his next friend,     )
Addie Ward, on behalf of     )
himself and all others       )
similarly situated,          )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )        2:06cv755-MHT
                             )
WALTER WOOD, in his          )
individual capacity,         )
                             )
     Defendant.              )


J.B., a minor child, by and  )
through his next friend,     )
Addie Ward, on behalf of     )
himself and all others       )
similarly situated,          )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )        2:06cv908-MHT
                             )
WALTER WOOD, in his          )
individual capacity,         )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that the motion for class certification (doc. no. 21) is set for submission, without oral argument, on April 3, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 8th day of March, 2007.

                          /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**