```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


J.B., a minor child, by and )
through his next friend,    )
Addie Ward, on behalf of    )
himself and all others      )
similarly situated,         )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:06cv755-MHT
                            )
WALTER WOOD, in his         )
individual capacity,        )
                            )
     Defendant.             )


J.B., a minor child, by and )
through his next friend,    )
Addie Ward, on behalf of    )
himself and all others      )
similarly situated,         )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:06cv908-MHT
                            )
WALTER WOOD, in his         )
individual capacity,        )
                            )
     Defendant.             )
```

**ORDER**

**It is ORDERED that the motion to clarify and designate application (doc. no. 25) is granted.**

**DONE, this the 23rd day of March, 2007.**

                      /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**