IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No: 2:06-CV-755-MHT** <br> **CLASS ACTION** |
| vs. | ) ) | |
| **WALTER WOOD, in his individual capacity,** | ) ) ) | |
| **Defendant.** | ) ) | |

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No: 2:06-CV-908-MHT** <br> **CLASS ACTION** |
| vs. | ) ) | |
| **WALTER WOOD, in his individual capacity,** | ) ) ) | |
| **Defendant.** | ) ) | |

## WITNESS LIST FOR TRIAL

**COME NOW**, the Defendant, Alabama Department of Youth Services (DYS), by and through

the undersign submit the names of the following individuals who may be called by the

Defendants as witnesses in the above mentioned case:

J. Walter Wood, Jr.
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Tim Davis
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Allen Peaton
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Patrick Pendergast
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

J.B.
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Addie Ward
6016 Old Castle Place
Montgomery, AL 36117

Any witness identified on the Plaintiff's witness list.

    Respectfully submitted,

TROY KING
ATTORNEY GENERAL

s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: (PER-034)
Deputy Attorney General
Attorney for Defendants
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April 2007, I electronically filed the foregoing **Witness List For Trial**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Robert D Drummond
> Attorney at Law
> 323 De LaMare
> Fairhope, AL 36532
>
> Michael J. Crow
> Beasley, Allen, Crow, Methvin, Portis & Miles, P. C.
> P. O. Box 4160
> Montgomery, AL 36103-4160

> Respectfully submitted,
>
> TROY KING
> ATTORNEY GENERAL
>
> s/ T. Dudley Perry, Jr.
> T. Dudley Perry, Jr.
> Bar Number: (PER-034)
> Deputy Attorney General
> Attorney for Defendant
> Alabama Department of Youth Services