IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 2:06cv755-MHT<br>) |
| WALTER WOOD, in his individual capacity, | )<br>)<br>) |
| Defendant. | ) |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 2:06cv908-MHT<br>) |
| WALTER WOOD, in his individual capacity, | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

The Defendant J. Walter Wood, Jr., individually, moves for an entry of summary judgment against the Plaintiffs for all claims in the above referenced cases.

The Plaintiffs bring these consolidated cases[1] because the minor plaintiff J.B. was required to wait in detention before being placed in a DYS facility, allegedly without "treatment" for his juvenile delinquency. The Defendant asserts that no material questions of fact exist to support a claim against the Defendant for damages.

In support of this motion the Defendant submits the following:

Brief In Support

Exhibit 1.  J.B. Commitment information

Exhibit 2.  Deposition excerpts of the Plaintiff J.B.

Exhibit 3.  Affidavit of J. Walter Wood, Jr., and

---

[1] The cases are essentially identical. Apparently the Plaintiffs filed the second lawsuit in an unsuccessful attempt to avoid the Prison Litigation Reform Act's bar. (See <u>Prison Litigation Reform Act</u>, below.)

Exhibit 4.  Affidavit of Pat Pendergast,

>Respectfully submitted
>TROY KING
>ATTORNEY GENERAL
>
>**s/ T. Dudley Perry, Jr.**
>T. Dudley Perry, Jr.
>Bar Number: 3985-R67T
>Deputy Attorney General
>Post Office Box 66
>Mt. Meigs, AL 36057
>Telephone: (334) 215-3803
>Fax: (334) 215-3872
>E-Mail:
>dudley.perry@dys.alabama.gov

## **CERTIFICATE OF SERVICE**

I hearby certify that on the 29th day of May, 2007, I electronically filed the foregoing **Motion for Summary Judgment,** with the Clerk of the Court Using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
**BEASLEY, ALLEN, CROW**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond, Jr., Esq.
**ATTORNEY AT LAW**
6767 Taylor Circle
Montgomery, AL 36117

                                **s/T. Dudley Perry, Jr.**
_____  T. Dudley Perry, Jr.
                                Bar Number: 3985-R67T
                                Deputy Attorney General
                                Attorney For Defendant
                                J. Walter Wood, Jr.