IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>2:06cv755-MHT |
| WALTER WOOD, in his individual capacity, | )<br>)<br>) | |
| Defendant. | ) | |
| | | |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>2:06cv908-MHT |
| WALTER WOOD, in his individual capacity, | )<br>)<br>) | |
| Defendant. | ) | |

**ORDER**

**It is ORDERED that the motion for summary judgment (Doc. No. 29) is set for submission, without oral argument, on June 21, 2007, with any opposing brief and evidentiary materials due by said date.**

**DONE, this the 1st day of June, 2007.**

   /s/ Myron H. Thompson   
**UNITED STATES DISTRICT JUDGE**