IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
      Plaintiff,              )
                              )      CIVIL ACTION NO.
      v.                      )       2:06cv755-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
      Defendant.              )


J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
      Plaintiff,              )
                              )      CIVIL ACTION NO.
      v.                      )       2:06cv908-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
      Defendant.              )
```

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 33) is granted.

(2) The motion for summary judgment (Doc. No. 29) is reset for submission, without oral argument, on July 9, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of June, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**