IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated; )<br>)<br>)<br>)     Plaintiff,   )<br>)<br>vs.   )<br>)<br>WALTER WOOD, in his individual capacity,   )<br>)<br>)     Defendant.   ) | **Case No: 2:06-CV-755-MHT**<br>**CLASS ACTION** |
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated; )<br>)<br>)<br>)     Plaintiff,   )<br>)<br>vs.   )<br>)<br>WALTER WOOD, in his individual capacity,   )<br>)<br>)     Defendant.   ) | **Case No: 2:06-CV-908-MHT**<br>**CLASS ACTION** |

## MOTION TO SUBSTITUTE DOCUMENT

COMES NOW, the Defendant, by and through his attorney, and requests that exhibit 1 of Document 30, Brief In Support of Summary Judgment, be replaced with the attached redacted document.

Done this 9th day of July 2007.

Respectfully submitted

TROY KING

ATTORNEY GENERAL


s/ T. Dudley Perry, Jr.

T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov


**CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of July, 2007, I electronically filed the forgoing Motion to Substitute Document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond, Jr., Esq
Attorney At Law
323 De La Mare Avenue
Fairhope, AL 36532


s/T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Deputy Attorney General
Alabama Department of Youth Services

# EXHIBIT 1

Alabama Department of Youth Services          Date/Time Printed: 03/05/2007 09:50:35 AM



Alabama Department of Youth Services
# Main Juvenile Information

Case No.: AUTA-8215   Name: J████ C B████

| | | |
|---|---|---|
| **Alias:** C████ | **Gender:** Male | **Date of Birth:** ████ |
| **S.S.N:** ████ | | **Age:** 16 (Current) / 15 (At Commitment) |

**Commitment Information:**

Probation Officer:
  Ray Williams
Office#:
  334-261-4100
Beeper #:

DYS Returnee?
  No
HIT Returnee?
  No

Commitment Type:
  Regular DYS
Committing County:
  Montgomery
Main Committing Offense:
  BURGLARY
Other Commiting Offenses:

Main Offense Category:
  Offenses against property
# Past Offenses:
  4

**Date/Risk Information:**

Commitment Date By Court:
  05/18/2005
Date Notification Order Received by DYS:
  05/24/2005
Screening and Placement Staffing Date:

Initial Date of Entry into DYS:
  06/28/2005
Service Plan Staffing Date:

Anticipated Entry/ Return Date:

Psych. Evaluation/Intake Date:

Anticipated Release Date:
  10/04/2005
Placement:
  Released from DYS Custody
  Placed on Aftercare
Actual Entry Date Into Facility:
  08/16/2005
Status:
  RELEASED
Case Manager:
  Phyllis Taylor

Risk Score:
  11
Needs Score:

Multiple Needs?

Drug & Alcohol Score:
Medical Risk?
  No
Suicide Risk?
  No
Security Risk?
  No
Substance Abuse?
  Yes
Gang Affiliation?
  Yes
Occult Involvement?
  No
Weapon Involvement?
  Yes

Other Custody:

Release Type:



EXHIBIT 1

# EXHIBIT 2

```
 1          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
 2                    NORTHERN DIVISION

 3   J. B., a minor
     child, by and
 4   through his next
     friend, ADDIE
 5   WARD, on behalf
     of himself and
 6   all other
     similarly                  CASE NO.
 7   situated;                  2:06-CV-908-MHT
     Plaintiff,                 CLASS ACTION
 8
     vs.
 9
     J. WALTER WOOD,
10   in his individual
     capacity,
11   Defendant.

12              *    *    *    *    *    *

13          DEPOSITION OF J. B.

14   taken pursuant to notice and

15   stipulation on behalf of the

16   Defendant, in the Central Office,

17   Mt. Meigs Complex, 1000 Industrial

18   School Road, Mt. Meigs, Alabama,

19   before Mishan Williamson, Certified

20   Shorthand Reporter and Notary Public

21   in and for the State of Alabama at

22   Large, on March 26, 2007, commencing

23   at approximately 10:04 a.m.
```

EXHIBIT 2

```
 1                      A P P E A R A N C E S

 2

 3     FOR THE PLAINTIFF:

 4              MICHAEL J. CROW, ESQ.

 5              Beasley, Allen, Crow,

 6              Methvin, Portis & Miles

 7              218 Commerce Street

 8              Montgomery, Alabama 36104

 9

10              ROBERT D. DRUMMOND, ESQ.

11              Attorney at Law

12              6767 Taylor Circle

13              Montgomery, Alabama 36117

14

15     FOR THE DEFENDANT J. WALTER WOOD:

16              T. DUDLEY PERRY, JR., ESQ.

17              Alabama Department of Youth

18              Services

19              Montgomery, Alabama

20

21     ALSO PRESENT:

22              ADDIE WARD

23              PHYLLIS CARNEY
```

```
 1         start today and work backward?
 2    A.   It would be easier to work from the
 3         past to now.
 4    Q.   Okay. What was the -- when were you
 5         first committed to state custody?
 6    A.   In '05 for burglary and theft. And
 7         then I had ran. And they put me back
 8         in state custody after I ran. And
 9         then in '06, for violation of
10         aftercare.
11              THE REPORTER: Violation of
12                   what?
13              THE WITNESS: Violation of
14                   aftercare.
15              MR. DRUMMOND: Speak a little
16                   slower so she can hear
17                   you and write.
18              THE WITNESS: Yes, sir.
19    A.   And I ran from Mobile again, and they
20         brought me back to Mt. Meigs. And
21         this time, for possession of small
22         pistol and theft of property.
23    Q.   So how many times is that?
```

```
 1         my dad came and got me from
 2         Birmingham.
 3    Q.   How did you get to Birmingham?
 4    A.   The person I ran with mother came and
 5         got us.
 6              MR. DRUMMOND:  Don't ask that.
 7              MR. PERRY:  I wonder how that
 8              worked out for her.
 9    Q.   All right.  Then in '06, you were
10         committed for aftercare violation?
11    A.   Yes, sir.
12    Q.   That was a drug offense?
13    A.   Yes, sir.
14    Q.   Did you test positive, or did they
15         catch you with drugs on you?
16    A.   My grandmother found the marijuana in
17         my room.
18    Q.   Okay.  Now, weren't you sent to jail
19         at one time?
20    A.   To the county jail in October of 2006.
21    Q.   All right.  That was for firing a
22         pistol at Waffle house?
23    A.   Yes, sir.  I was with another --
```

```
 1         another person and we went into the
 2         woods behind Holiday Inn and shot the
 3         gun.  And then they asked some people
 4         to say that we shot in the parking
 5         lot.
 6    Q.   Now, before that -- a couple of weeks
 7         before that, you had been detained.
 8              (Off-the-record discussion.)
 9              MR. DRUMMOND:  Dudley, this
10              case is still pending.  I
11              just want to make sure
12              there's not a pending
13              case still out there.  It
14              would be inappropriate
15              for him to answer your
16              questions, one that
17              obviously he's been
18              adjudicated on.
19              So, anyway -- go
20              ahead, if that comes up,
21              then I'm going to object.
22              MR. PERRY:  Well, I guess what
23              you're telling me is,
```

Alabama Department of Youth Services         Date/Time Printed: 03/05/2007 09:50:35 AM



# Alabama Department of Youth Services
# Main Juvenile Information

Case No.: AUTA-8215   Name: J▇▇▇ C B▇▇▇

**Alias:**
C▇▇▇

**Gender:**
Male

**Date of Birth:**
▇▇▇▇

**S.S.N:**
▇▇▇▇▇▇▇

**Age:**
16 (Current)
15 (At Commitment)

**Commitment Information:**

**Probation Officer:**
Ray Williams
**Office#:**
334-261-4100
**Beeper #:**

**Commitment Type:**
Regular DYS
**Committing County:**
Montgomery
**Main Committing Offense:**
BURGLARY

**DYS Returnee?**
No
**HIT Returnee?**
No

**Other Commiting Offenses:**

**Main Offense Category:**
Offenses against property
**# Past Offenses:**
4

**Date/Risk Information:**

**Commitment Date By Court:**
05/18/2005
**Date Notification Order Received by DYS:**
05/24/2005
**Screening and Placement Staffing Date:**

**Initial Date of Entry into DYS:**
06/28/2005
**Service Plan Staffing Date:**

**Anticipated Entry/ Return Date:**

**Psych. Evaluation/Intake Date:**

**Anticipated Release Date:**
10/04/2005
**Placement:**
Released from DYS Custody
Placed on Aftercare
**Actual Entry Date Into Facility:**
08/16/2005
**Status:**
RELEASED
**Case Manager:**
Phyllis Taylor

**Risk Score:**
11
**Needs Score:**

**Multiple Needs?**

**Drug & Alcohol Score:**
**Medical Risk?**
No
**Suicide Risk?**
No
**Security Risk?**
No
**Substance Abuse?**
Yes
**Gang Affiliation?**
Yes
**Occult Involvement?**
No
**Weapon Involvement?**
Yes

**Other Custody:**

**Release Type:**

**EXHIBIT 1**

# EXHIBIT 2

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
 2                    NORTHERN DIVISION

 3    J. B., a minor
      child, by and
 4    through his next
      friend, ADDIE
 5    WARD, on behalf
      of himself and
 6    all other
      similarly                CASE NO.
 7    situated;                2:06-CV-908-MHT
      Plaintiff,                CLASS ACTION
 8
      vs.
 9
      J. WALTER WOOD,
10    in his individual
      capacity,
11    Defendant.

12              *    *    *    *    *    *

13         DEPOSITION OF J. B.

14    taken pursuant to notice and

15    stipulation on behalf of the

16    Defendant, in the Central Office,

17    Mt. Meigs Complex, 1000 Industrial

18    School Road, Mt. Meigs, Alabama,

19    before Mishan Williamson, Certified

20    Shorthand Reporter and Notary Public

21    in and for the State of Alabama at

22    Large, on March 26, 2007, commencing

23    at approximately 10:04 a.m.
```

EXHIBIT 2

```
 1                      APPEARANCES

 2

 3    FOR THE PLAINTIFF:

 4              MICHAEL J. CROW, ESQ.

 5              Beasley, Allen, Crow,

 6              Methvin, Portis & Miles

 7              218 Commerce Street

 8              Montgomery, Alabama 36104

 9

10              ROBERT D. DRUMMOND, ESQ.

11              Attorney at Law

12              6767 Taylor Circle

13              Montgomery, Alabama 36117

14

15    FOR THE DEFENDANT J. WALTER WOOD:

16              T. DUDLEY PERRY, JR., ESQ.

17              Alabama Department of Youth

18              Services

19              Montgomery, Alabama

20

21    ALSO PRESENT:

22              ADDIE WARD

23              PHYLLIS CARNEY
```

```
1        start today and work backward?
2   A.   It would be easier to work from the
3        past to now.
4   Q.   Okay.  What was the -- when were you
5        first committed to state custody?
6   A.   In '05 for burglary and theft.  And
7        then I had ran.  And they put me back
8        in state custody after I ran.  And
9        then in '06, for violation of
10       aftercare.
11            THE REPORTER:  Violation of
12                 what?
13            THE WITNESS:  Violation of
14                 aftercare.
15            MR. DRUMMOND:  Speak a little
16                 slower so she can hear
17                 you and write.
18            THE WITNESS:  Yes, sir.
19  A.   And I ran from Mobile again, and they
20       brought me back to Mt. Meigs.  And
21       this time, for possession of small
22       pistol and theft of property.
23  Q.   So how many times is that?
```

```
 1        my dad came and got me from
 2        Birmingham.
 3   Q.   How did you get to Birmingham?
 4   A.   The person I ran with mother came and
 5        got us.
 6              MR. DRUMMOND:  Don't ask that.
 7              MR. PERRY:  I wonder how that
 8              worked out for her.
 9   Q.   All right.  Then in '06, you were
10        committed for aftercare violation?
11   A.   Yes, sir.
12   Q.   That was a drug offense?
13   A.   Yes, sir.
14   Q.   Did you test positive, or did they
15        catch you with drugs on you?
16   A.   My grandmother found the marijuana in
17        my room.
18   Q.   Okay.  Now, weren't you sent to jail
19        at one time?
20   A.   To the county jail in October of 2006.
21   Q.   All right.  That was for firing a
22        pistol at Waffle house?
23   A.   Yes, sir.  I was with another --
```

```
 1        another person and we went into the
 2        woods behind Holiday Inn and shot the
 3        gun.  And then they asked some people
 4        to say that we shot in the parking
 5        lot.
 6   Q.   Now, before that -- a couple of weeks
 7        before that, you had been detained.
 8             (Off-the-record discussion.)
 9             MR. DRUMMOND:  Dudley, this
10             case is still pending.  I
11             just want to make sure
12             there's not a pending
13             case still out there.  It
14             would be inappropriate
15             for him to answer your
16             questions, one that
17             obviously he's been
18             adjudicated on.
19                  So, anyway -- go
20             ahead, if that comes up,
21             then I'm going to object.
22             MR. PERRY:  Well, I guess what
23             you're telling me is,
```

```
 1                    there's 5th Amendment
 2                    privilege issue.
 3            MR. DRUMMOND:  Well, let's see
 4                    if we get to -- it may
 5                    not even come up.
 6   Q.   Okay.  J. B., are there pending cases
 7        hanging out there now?
 8   A.   The case in the county for conspiracy
 9        to commit robbery.
10   Q.   Well, tell me what that's about.
11            MR. DRUMMOND:  I object to
12                    that.  Dudley, do you
13                    really need to ask that?
14                    I'm going to
15                    instruct him to the 5th
16                    -- if you ask him
17                    anything about what it's
18                    about.
19   Q.   All right.  That is not the
20        shoplifting at Parisian?
21   A.   No, sir.
22   Q.   All right.  The shoplifting at
23        Parisian's was a couple of weeks
```