**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CASE NO: 2:06cv00755-MHT** |
| | * * | |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CASE NO: 2:06cv00908-MEF** |
| | * * | |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |

**PLAINTIFF'S MOTION IN RESPONSE TO DEFENDANT WALTER WOOD'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff J.B. opposes Defendant Walter Wood's Motion for Summary

Judgment and as grounds for his motion states there are genuine issues as to

material facts and the Defendant is not entitled to a judgment as a matter of law.

Plaintiff's motion and response is based upon the following:

1.   Complaint (8/23/06);

2.   Complaint (10/6/06);

3.   J.B. Order (5/18/05);

4.   Certificate of Completion of HIT Program;

5.   Movement Information/Release from DYS);

6.   J.B. Order Second Commitment (4/4/06);

7.   J.B. Second Commitment (5/9/06);

8.   DYS Policy 17.11 (Release);

9.   DYS Policy 16.3 (Service Plan);

10.   Material Receipt Letter;

11.   J.B. 2005 Receipt Notification Letter;

12.   J.B. 2005 Material Receipt Verification Form (2 pg);

13.   DYS Policy 17.4 (Classification Manual);

14.   A.W. Order;

15.   S.S. v. Wood Settlement Agreement;

16.   A.G. v. Wood Order;

17.   All 2005 Consent Decree Reports (66 pgs.);

18.   Waiting List Report (November 2004-May 2005, 32 pgs.);

19.   25-day Non-placement Notification (2 pgs.);

20.   DYS Policy 1.20;

21.   2004 Annual Report, 2005 Annual Report;

22.   Screening and Placement Staffing Report 2005;

23.   J.B. 2005 Evaluation;

24.    DYS Policy 18.1 (Release);  (See Exhibit 8)

25.    Screening and Placement Report (4/19/06);

26.    J.W.'s Screening and Placement File;

27.    C.J.'s Screening and Placement File;

28.    Consent Decree Report 2006 (Bates No. 2473);

29.    Walter Wood Depo;

30.    Pat Pendergast Depo.

       /s/Robert D. Drummond, Jr.
       ROBERT D. DRUMMOND, JR. (DRU004)
       Attorney for Plaintiff

OF COUNSEL:

323 De La Mare Avenue
Fairhope, Alabama 36532
(251) 990-6249

       /s/Michael J. Crow
       MICHAEL J. CROW (CRO039)
       Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343 - Telephone
(334) 954-7555 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Dudley Perry
P.O. Box 66
Mt. Meigs, AL 36057

Michael Crow
P.O. Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

/s/Robert D. Drummond, Jr.
OF COUNSEL