IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:06cv755-MHT |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:06cv908-MHT |

**ORDER**

It is ORDERED that the motion to substitute document (Doc. No. 36) is granted.

DONE, this the 11th day of July, 2007.

                    /s/ Myron H. Thompson
                  **UNITED STATES DISTRICT JUDGE**