IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and ) <br> through his next friend, ) <br> Addie Ward, on behalf of ) <br> himself and all others ) <br> similarly situated, ) <br>  ) <br>     Plaintiff, ) <br>  ) <br>     v. ) <br>  ) <br> WALTER WOOD, in his ) <br> individual capacity, ) <br>  ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:06cv755-MHT |
| J.B., a minor child, by and ) <br> through his next friend, ) <br> Addie Ward, on behalf of ) <br> himself and all others ) <br> similarly situated, ) <br>  ) <br>     Plaintiff, ) <br>  ) <br>     v. ) <br>  ) <br> WALTER WOOD, in his ) <br> individual capacity, ) <br>  ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:06cv908-MHT |

**ORDER**

It is ORDERED that the motion to file under seal (Doc. No. 35) is granted.

DONE, this the 11th day of July, 2007.

          /s/ Myron H. Thompson
         **UNITED STATES DISTRICT JUDGE**