**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;** * * * * *  **Plaintiff,** * **vs.** * * * **WALTER WOOD, in his individual capacity,** * * *  **Defendant.** * | **CASE NO: 2:06cv00755-MHT** |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;** * * * * *  **Plaintiff,** * **vs.** * * * **WALTER WOOD, in his individual capacity,** * * *  **Defendant.** * | **CASE NO: 2:06cv00908-MEF** |

**PLAINTIFF'S SUPPLEMENTAL FILING IN RESPONSE TO DEFENDANT
WALTER WOOD'S MOTION MOTION FOR SUMMARY JUDGMENT**

Plaintiff J.B. hereby submits the following exhibit in response to his Motion for Summary Judgment.

Plaintiff hereby submits the following exhibit:

31.   Case Action Summary for <u>R.P. v. Department of Youth Services</u>,

CV-2002-34; J.N. v. DYS, CV-02-94; C.F. v. Walter Wood, CV-02-119, all in the

Circuit Court for Montgomery County, Alabama.

    /s/Robert D. Drummond, Jr.
ROBERT D. DRUMMOND, JR. (DRU004)
Attorney for Plaintiff

OF COUNSEL:

323 De La Mare Avenue
Fairhope, Alabama 36532
(251) 990-6249

    /s/Michael J. Crow
MICHAEL J. CROW (CRO039)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343 - Telephone
(334) 954-7555 - Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Dudley Perry
P.O. Box 66
Mt. Meigs, AL 36057

Michael Crow
P.O. Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

/s/Robert D. Drummond, Jr.
OF COUNSEL

# EXHIBIT # 31



*alacourt.com's*

*Alabama SJIS Case Detail*

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 03 | Case Number | CV 2002 000119 00 | JID | J-H | Trial | J |
| Style | C F A MINOR BY & THRU NEXT FRIEND MYRTLE FRAZIER VS WALTER WOOD | | | | | | |
| Code | TONG | Type | NEGLIGENCE-GENERAL | Filed | 01102002 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 001 |
| DJID | J-H | Court Action | S (SETTLED) 03252003 | | | For | N |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 06232003 | Que 1 | 001 | Time 1 | 0900 A | Description | JTRL TRIAL - JURY |
| Date 2 | 03132003 | Que 2 | 001 | Time 2 | 0815 A | Description | HEAR HEARING |
| Date 3 | 01062003 | Que 3 | 001 | Time 3 | 0845 A | Description | PTRC PRETRIAL CONFERENCE |
| Date 4 | 12022002 | Que 4 | 001 | Time 4 | 0900 A | Description | STAT STATUS REVIEW/DKT |
| Cont Date | 11142002 | Why | | | | Cont # | 01 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | FILE SEALED IN VAULT. SEE ORDER. | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | C F A MINOR BY & THRU HIS NEXT FRIEND | | | Type | INDIVIDUAL |
| INDX | D/WOOD WALTER | ANAM | | | | JID | J-H |
| SSN | | Address 1 | FRAZIER MYRTLE | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | DRUMMOND ROBERT DEAN | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | S (SETTLED) | Date | 03252003 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | WOOD WALTER | | | Type | INDIVIDUAL |
| INDX | P/FRAZIER MYRT | ANAM | | | | JID | J-H |
| SSN | | Address 1 | AL DEPT OF YOUTH SERVICES | | | Sex | |
| DOB | | Address 2 | MT MEIGS ROAD | | | Race | |
| Country | US | City | MT MEIGS AL 36057 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PERRY T DUDLEY JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 01152002 | Type | | S SERVED PERSON | Serv On | By | |
| Answer | 02202002 | Type | | D COMP DENIED | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | | |

| CACT | S (SETTLED) | Date | 03252003 | For | N | Exep | O |
|---|---|---|---|---|---|---|---|
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01012010 | 1549 | TEXT | CASE SEALED 3-25-03. FILE IN VAULT*************** | JAM |
| 01012010 | 1549 | TEXT | ****ADD ANY PLEADINGS TO CAS IN VAULT************* | JAM |
| 01012010 | 1549 | TEXT | ************************************************** | JAM |



*alacourt.com's*

*Alabama SJIS Case Detail*

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 03 | Case Number | CV 2002 000094 00 | JID | J-H | Trial | J |
| Style | JN A MINOR BY & THRU NEXT FRIEND KATHY TRUSTY VS DEPT OF YOUTH SERVICE | | | | | | |
| Code | TONG | Type | NEGLIGENCE-GENERAL | Filed | 01072002 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 001 |
| DJID | J-H | Court Action | S (SETTLED) 03252003 | | | For | N |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |
| Settings | | | | | | | |
| Date 1 | 06232003 | Que 1 | 001 | Time 1 | 0900 A | Description | JTRL TRIAL - JURY |
| Date 2 | 03132003 | Que 2 | 001 | Time 2 | 0815 A | Description | HEAR HEARING |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | 12022002 | Que 4 | 001 | Time 4 | 0900 A | Description | STAT STATUS REVIEW/DKT |
| Cont Date | 11142002 | Why | | | | Cont # | 02 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | FILE SEALED IN VAULT. SEE ORDER. | | | | | | |
| Comment 2 | | | | | | | |
| Party 1 | | | | | | | |
| Party | C 001 | Name | JN A MINOR BY & THRU NEXT FRIEND KATHY TRUSTY | | | Type | INDIVIDUAL |
| INDX | D/YOUTH SERVIC | ANAM | | | | JID | J-H |
| SSN | | Address 1 | TRUSTY KATHY | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | DRUMMOND ROBERT DEAN | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | S (SETTLED) | Date | 03252003 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| Party 2 | | | | | | | |
| Party | D 001 | Name | WOOD WALTER | | | Type | GOVERNMENT |
| INDX | P/TRUSTY KATHY | ANAM | | | | JID | J-H |
| SSN | | Address 1 | AL DEPT OF YOUTH SERVICES | | | Sex | |
| DOB | | Address 2 | MT MEIGS ROAD | | | Race | |
| Country | US | City | MT MEIGS AL 36057 0000 | | | Phone | 334 000 0000 |
| Atty 1 | TOMPKINS TERRI OLIVE | Atty 2 | PERRY T DUDLEY JR | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 01082002 | Type | S SHERIFF | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 01102002 | Type | S SERVED PERSON | Serv On | | By | |
| Answer | 02202002 | Type | D COMP DENIED | NS Not | | NA Not | |

| Warrant | | Type | | Arrest | | | |
|---|---|---|---|---|---|---|---|
| CACT | S (SETTLED) | Date | 03252003 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01012010 | 1552 | TEXT | CASE SEALED 3-25-03. FILE IN VAULT*************** | JAM |
| 01012010 | 1552 | TEXT | *****ADD ANY PLEADINGS TO CAS IN VAULT************ | JAM |
| 01012010 | 1552 | TEXT | ************************************************** | JAM |



*alacourt.com's*

*Alabama SJIS Case Detail*

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 03 | Case Number | CV 2002 000034 00 | JID | J-H | Trial | J |
| Style | R P A MINOR BY & THROUGH NEXT FRIEND DORIS PORTER VS DEPT OF YOUTH SER | | | | | | |
| Code | TONG | Type | NEGLIGENCE-GENERAL | Filed | 01042002 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 001 |
| DJID | J-H | Court Action | S (SETTLED) 03252003 | | | For | N |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |
| Settings | | | | | | | |
| Date 1 | 06232003 | Que 1 | 001 | Time 1 | 0900 A | Description | JTRL TRIAL - JURY |
| Date 2 | 03132003 | Que 2 | 001 | Time 2 | 0815 A | Description | HEAR HEARING |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | 12022002 | Que 4 | 001 | Time 4 | 0900 A | Description | STAT STATUS REVIEW/DKT |
| Cont Date | 11142002 | Why | | | | Cont # | 02 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | FILE SEALED IN VAULT. SEE ORDER. | | | | | | |
| Comment 2 | | | | | | | |
| Party 1 | | | | | | | |
| Party | C 001 | Name | R P A MINOR BY & THROUGH NEXT FRIEND | Type | INDIVIDUAL | | |
| INDX | D/YOUTH SERVIC | ANAM | | | | JID | J-H |
| SSN | | Address 1 | PORTER DORIS | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | DRUMMOND ROBERT DEAN | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | S (SETTLED) | Date | 03252003 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | REFUND OF OVERPAYMENT OF FILING FEES | | | | | | |
| Party 2 | | | | | | | |
| Party | D 001 | Name | WOOD WALTER | | | Type | GOVERNMENT |
| INDX | P/PORTER DORTO | ANAM | | | | JID | J-H |
| SSN | | Address 1 | AL DEPT OF YOUTH SERVICES | | | Sex | |
| DOB | | Address 2 | MT MEIGS ROAD | | | Race | |
| Country | US | City | MT MEIGS AL 36057 0000 | | | Phone | 334 000 0000 |
| Atty 1 | TOMPKINS TERRI OLIVE | Atty 2 | | Atty 3 | PERRY T DUDLEY JR | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 01072002 | Type | | S SHERIFF | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 01152002 | Type | | S SERVED PERSON | | Serv On | | By | |
| Answer | 02202002 | Type | | D COMP DENIED | | NS Not | | NA Not | |

| Warrant | | Type | | Arrest | | | |
|---|---|---|---|---|---|---|---|
| CACT | S (SETTLED) | Date | 03252003 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 01012010 | 1548 | TEXT | CASE SEALED 3-25-03 - FILE IN VAULT | JAM |
| 01012010 | 1548 | TEXT | *****ADD ANY PLEADINGS ON CAS IN VAULT************ | JAM |
| 01012010 | 1548 | TEXT | ************************************************** | JAM |