IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:06cv755-MHT |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:06cv908-MHT |

ORDER

It is ORDERED that the motion to suppress (Doc. No. 43) is set for submission, without oral argument, on August 9, 2007, with all briefs due by said date.

DONE, this the 24th day of July, 2007.

                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE