# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## NORTHERN DIVISION

| | |
|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;** ) ) ) ) | |
| **Plaintiff,** ) ) | **Case No: 2:06-CV-755-MHT** |
| vs. ) ) | |
| **WALTER WOOD, in his individual capacity,** ) ) ) | |
| **Defendant.** ) | |

| | |
|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;** ) ) ) ) | |
| **Plaintiff,** ) ) | **Case No: 2:06-CV-908-MHT** |
| vs. ) ) | |
| **WALTER WOOD, in his individual capacity,** ) ) ) | |
| **Defendant.** ) | |

## MOTION TO AMEND MOTION
## FOR PROTECTIVE ORDER
## TO QUASH THE TAKING OF THREE DEPOSITIONS

The undersigned counsel previously filed on a motion for protective order for Gary Gregg, Queen Barker, and Khaki Sanford. (Doc. 46). This motion is to amend said motion for protective order to include the subpoena for taking the deposition of Jada Ross. Ms. Ross is also an employee of the Department of Youth Services and serves on the Screening and Placement Committee. This motion is based on the same grounds as the original Motion.

WHEREFORE, for the foregoing reasons, the Department moves the Court to enter a protective order quashing the deposition subpoenas of DYS employees--Gary Gregg, Queen Barker, Khaki Sanford, and Jada Ross-and ordering that the depositions shall not proceed.

                              Respectfully submitted


                              TROY KING
                              ATTORNEY GENERAL

        s/ T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Bar Number: 3985-R67T
        Deputy Attorney General
        Alabama Dept of Youth Services
        Post Office Box 66
        Mt. Meigs, AL 36057
        Telephone: (334) 215-3803
        Fax: (334) 215-3872
        E-Mail:
        dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th[th] day of July, 2007, I electronically filed the forgoing Motion to Amend Motion for Protective Order to Quash the Taking of Three Depositions, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond, Jr., Esq
Attorney At Law
323 De La Mare Avenue
Fairhope, AL 36532

        s/T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Deputy Attorney General
        Alabama Department of
        Youth Services