# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

RECEIVED
2007 JUL 27 P 3: 59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;   )<br>  )<br>  )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>WALTER WOOD, in his individual capacity,   )<br>  )<br>Defendant.   )<br>  )<br>  ) | Case No: 2:06-CV-755-MHT |
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;   )<br>  )<br>  )<br>  )<br>Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>WALTER WOOD, in his individual capacity,   )<br>  )<br>Defendant.   )<br>  )<br>  ) | Case No: 2:06-CV-908-MHT |

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

The Defendant, through counsel, moves for an order for leave to file under seal his evidentiary submissions in support of Defendant's Reply to Plaintiff's Brief in Opposition to Summary Judgment. As grounds therefore, the Defendant submits that the order is necessary to avoid disclosure of confidential information regarding the identity of juveniles committed to the custody of the Alabama Department of Youth Services.

Respectfully submitted

TROY KING
ATTORNEY GENERAL

T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Alabama Dept of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail:
dudley.perry@dys.alabama.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and forgoing via United States mail, properly addressed to the following:

Michael J. Crow, Esq.
Beasley, Allen
Post Office Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond, Jr., Esq
Attorney At Law
323 De La Mare Avenue
Fairhope, AL 36532

Dated this the 27th day of July, 2007.

/s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Deputy Attorney General
Alabama Department of Youth Services
Deputy Attorney General
Alabama Department of Youth Services