IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:06cv755-MHT |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:06cv908-MHT |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the defendant's motion for protective order to quash the taking of three depositions (doc. # 46), it is

ORDERED that this matter be and is hereby set for oral argument on July 30, 2007, at 4:00 p.m.  This proceeding shall be conducted by telephone conference.  The defendant shall set up the telephone conference.

Done this 30th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE