IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and )
through his next friend,    )
Addie Ward, on behalf of    )
himself and all others      )
similarly situated,         )
                            )
    Plaintiff,               )
                            )       CIVIL ACTION NO.
    v.                       )        2:06cv755-MHT
                            )
WALTER WOOD, in his         )
individual capacity,        )
                            )
    Defendant.               )


J.B., a minor child, by and )
through his next friend,    )
Addie Ward, on behalf of    )
himself and all others      )
similarly situated,         )
                            )
    Plaintiff,               )
                            )       CIVIL ACTION NO.
    v.                       )        2:06cv908-MHT
                            )
WALTER WOOD, in his         )
individual capacity,        )
                            )
    Defendant.               )
```

**ORDER**

It is ORDERED that the motion for leave to file under seal (Doc. No. 50) is granted.

DONE, this the 30th day of July, 2007.

        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**