IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | 2:06cv755-MHT |
| WALTER WOOD, in his individual capacity, | )<br>)<br>) | |
| Defendant. | ) | |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | 2:06cv908-MHT |
| WALTER WOOD, in his individual capacity, | )<br>)<br>) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to strike (Doc. No. 56) is denied.

(2) The alternative motion for leave to respond (Doc. No. 56) is granted and any response is due by August 9, 2007.

DONE, this the 7th day of August, 2007.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE