IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      2:06cv755-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
     Defendant.               )


J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      2:06cv908-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
     Defendant.               )
```

**ORDER**

It is ORDERED that the motion to amend or correct (Doc. No. 59) is granted. The court assumes that the non-movant has no objection to the allowance of the amendment; however, if he does, he must file the objection within seven days from the date of this order.

DONE, this the 15th day of August, 2007.

                                                /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**