# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | Case No: 2:06-CV-755-MHT |
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | Case No: 2:06-CV-908-MHT |

## EXHIBIT LIST FOR TRIAL

**COMES NOW**, the Defendant, J. Walter Wood, Jr, through counsel, and lists the following exhibits that may be used during trial.

Exhibit 1					J.B. Commitment documents

Exhibit 2					J. B. Deposition

    In addition, the Defendant reserves the right to offer any additional documents as evidence for purposes of impeachment and/or rebuttal.

    Respectfully submitted,

>TROY KING
>ATTORNEY GENERAL
>
>s/ T. Dudley Perry, Jr.
>T. Dudley Perry, Jr.
>Bar Number: (PER-034)
>Deputy Attorney General
>Attorney for Defendants
>Alabama Department of Youth Services
>Post Office Box 66
>Mt. Meigs, Alabama 36057
>Telephone: (334) 215-3803
>Fax: (334) 215-3872
>E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of August 2007, I electronically filed the foregoing **Exhibit List For Trial**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert D Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36103-4160