# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | Case No: 2:06-CV-755-MHT |
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated;<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | Case No: 2:06-CV-908-MHT |

### DEPOSITION EXCERPTS
### LIST FOR TRIAL

**COMES NOW**, the Defendant, J. Walter Wood, Jr., through counsel, and submits excerpts of depositions to be used in trial.

1. J. B. depo. P. 7, lines 4-9

2. J. B. depo. P. 9, lines 9-7

3. J. B. depo. P. 7, lines 20-22

4. J. B. depo. P. 10, lines 6-11, line 18

5. J. B. depo. P. 7, lines 4-9

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: (PER-034)
    Deputy Attorney General
Attorney for Defendants
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2007, I electronically filed the foregoing **Deposition Excerpts For Trial**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert D Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36103-4160