# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B., a minor child, by and through his** | ) | |
| **next friend, ADDIE WARD, on behalf of** | ) | |
| **himself and all other similarly situated;** | ) | |
| | ) | **Case No: 2:06-CV-755-MHT** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **WALTER WOOD, in his individual** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

| | | |
|---|---|---|
| **J.B., a minor child, by and through his** | ) | |
| **next friend, ADDIE WARD, on behalf of** | ) | |
| **himself and all other similarly situated;** | ) | |
| | ) | **Case No: 2:06-CV-908-MHT** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **WALTER WOOD, in his individual** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## WITNESS LIST

**COMES NOW**, the Defendant, J. Walter Wood, Jr., through counsel, and submits the names of the following individuals who may be called by the Defendant as witnesses in the

above mentioned case:

J. Walter Wood, Jr.
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Tim Davis
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Allen Peaton
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Patrick Pendergast
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

J.B.
Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

Addie Ward
6016 Old Castle Place
Montgomery, AL 36117

Any witness identified on the Plaintiff's witness list.

                                                Respectfully submitted,

                                                TROY KING
                                                ATTORNEY GENERAL

                                                s/ T. Dudley Perry, Jr.
                                                T. Dudley Perry, Jr.
                                                Bar Number: (PER-034)
                                                      Deputy Attorney General
                                                Attorney for Defendants

        Alabama Department of Youth Services
        Post Office Box 66
        Mt. Meigs, Alabama 36057
        Telephone: (334) 215-3803
        Fax: (334) 215-3872
        E-Mail: dudley.perry@dys.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2007, I electronically filed the foregoing **Witness List**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert D Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36103-4160

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        s/ T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Bar Number: (PER-034)
        Deputy Attorney General
        Attorney for Defendant
        Alabama Department of Youth Services