IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;<br><br>      Plaintiff,<br>vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>      Defendant. | CASE NO: 2:06cv00755-CSC |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;<br><br>      Plaintiff,<br>vs.<br><br>WALTER WOOD, in his individual capacity,<br><br>      Defendant. | CASE NO: 2:06cv00908-MEF |

### PLAINTIFF'S EXHIBIT LIST

Plaintiffs may use one or more of the following exhibits in the trial of this matter:

    1.    Complaint (8/23/06);

    2.    Complaint (10/6/06);

3. J. B. Order (5/18/05);

4. Certificate of Completion of HIT Program;

5. Movement Information/Release from DYS);

6. J. B Order Second Commitment (4/4/06);

7. J. B. Second Commitment (5/9/06);

8. DYS Policy 17.11 (Release);

9. DYS Policy 16.3 (Service Plan);

10. Material Receipt Letter;

11. J. B. 2005 Receipt Notification Letter;

12. J. B. 2005 Material Receipt Verification Form (2 pg.);

13. DYS Policy 17.4 (Classification Manual);

14. A. W. Order;

15. S.S. v. Wood Settlement Agreement;

16. A. G. v. Wood Order;

17. All 2005 Consent Decree Reports (66 pgs.);

18. Waiting List Report (November 2004 – May 2005, 32 pgs.);

19. 25-day Non-placement Notification (2 pgs.);

20. DYS Policy 1.20;

21. 2004 Annual Report;  2005 Annual Report;

22. Screening and Placement Staffing Report 2005;

23. J. B. 2005 Evaluation;

24. DYS Policy 18.1 (Release); (See Exhibit 8);

25. Screening and Placement Report (4/19/06);

26. J. W.'s Screening and Placement File;

27. C. J.'s Screening and Placement File;

28. Consent Decree Report 2006 (Bates No. 2473);

29. Any exhibit listed by the Defendant;

30. Plaintiff reserves the right to supplement his exhibit list.

        /s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

        /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of October 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Dudley Perry
P.O. Box 66
Mt. Meigs, AL 36057

Michael Crow
P.O. Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                            /s/Robert D. Drummond, Jr.
                                            OF COUNSEL