IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| vs. | * * * | **CASE NO: 2:06cv00755-CSC** |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| vs. | * * * | **CASE NO: 2:06cv00908-MEF** |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Plaintiffs' counsel and counsel for the Defendant Walter Wood, communicated on October 11, 2007, by telephone per their respective affairs. Counsel for both Plaintiffs and Defendants discussed settlement of this case in limited terms, but agreed at this time, the case is not in a position to be settled.

        /s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

        /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of October 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Dudley Perry
P.O. Box 66
Mt. Meigs, AL 36057

Michael Crow
P.O. Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                              /s/Robert D. Drummond, Jr.
                                              OF COUNSEL