IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated; | * * * * * |
| Plaintiff, | * |
| vs. | *   CASE NO: 2:06cv00755-CSC |
| | * * |
| WALTER WOOD, in his individual capacity, | * * * |
| Defendant. | * |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on Behalf of himself and all others similarly situated; | * * * * * |
| Plaintiff, | * |
| vs. | *   CASE NO: 2:06cv00908-MEF |
| | * * |
| WALTER WOOD, in his individual capacity, | * * * |
| Defendant. | * |

**PLAINTIFF'S WITNESS LIST**

Plaintiffs may call one or more of the following witnesses in the trial of this matter:

| #: | WITNESS: | ADDRESS: | WILL/MAY CALL: |
|---|---|---|---|
| 1. | Walter Wood | Alabama Dept. Youth Services | Will Call |
| 2. | Pat Pendergast | Alabama Dept. Youth Services | Will Call |

| 3.  | Allen Peaton   | Alabama Dept. Youth Services | May Call  |
|-----|----------------|------------------------------|-----------|
| 4.  | Tim Davis      | Alabama Dept. Youth Services | Will Call |
| 5.  | Queen Baker    | Alabama Dept. Youth Services | Will Call |
| 6.  | Gary Gregg     | Alabama Dept. Youth Services | Will Call |
| 7.  | Kiki Sanford   | Alabama Dept. Youth Services | Will Call |
| 8.  | Addie Ward     | 6016 Old Castle Place<br>Montgomery, AL  36117 | Will Call |
| 9.  | JADA           | Alabama Dept. Youth Services | Will Call |
| 10. | CW             | See DYS Records              | Will Call |
| 11. | JW             | See DYS Records              | Will Call |

    /s/Michael J. Crow
MICHAEL J. CROW (CR039)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

    /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Dudley Perry
P.O. Box 66
Mt. Meigs, AL 36057

Michael Crow
P.O. Box 4160
Montgomery, AL 36103-4160

Robert D. Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

                                              /s/Robert D. Drummond, Jr.
                                              OF COUNSEL