## IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. ) 2:06cv755-MHT ) |
| WALTER WOOD, in his individual capacity, | ) ) ) |
| Defendant. | ) |
| | |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. ) 2:06cv908-MHT ) |
| WALTER WOOD, in his individual capacity, | ) ) ) |
| Defendant. | ) |

## RENEWED MOTION FOR SUMMARY JUDGMENT

The Defendant J. Walter Wood, Jr., individually, moves for an entry of summary judgment against the

Plaintiffs for all claims in the above referenced cases.

On November 6, 2007 (Doc. 69), the Court denied the Defendant's Motion for Summary Judgment, without prejudice. The Defendant hereby resubmits, and amends, the original motion for summary judgment.

In support of this motion the Defendant submits (or resubmits) the following:

Brief In Support of Motion for Summary Judgment(Doc. 30).

Exhibits attached to original motion.

Brief in Support of Renewed Motion for Summary Judgment and Motion to Supplement the Record.

The affidavit of Danielle Lipow attached to Motion to Supplement the Record.

Respectfully submitted

**s/ T. Dudley Perry, Jr.**
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
General Counsel
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail:
dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hearby certify that on the 16th of November, 2007, I electronically filed the foregoing **RENEWED MOTION FOR SUMMARY JUDGMENT,** with the Clerk of the Court Using the CM/ECF system which will send notification of such filing to the following:

Michael J. Crow, Esq.
**BEASLEY, ALLEN, CROW**
**METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, AL 36103-4160


Robert D. Drummond, Jr., Esq.
**ATTORNEY AT LAW**
323 De LaMare
Fairhope, AL 36532


                                                **s/T. Dudley Perry, Jr.**
                                                T. Dudley Perry, Jr.
                                                Bar Number: 3985-R67T
                                                General Counsel
                                                Attorney For Defendant
                                                J. Walter Wood, Jr.