IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:06cv755-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
     Defendant.                )


J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:06cv908-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
     Defendant.                )
```

ORDER

It is ORDERED that the renewed motion for summary judgment (Doc. No. 70) is denied without prejudice. As the court explained in the pretrial order (Doc. No. 69), the case is now under submission on the current record. It is, therefore, unnecessary to file a summary-judgment motion. However, the brief filed by defendant (Doc. No. 71) will be considered by the court resolving the case on the current record.

DONE, this the 26th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE