IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )       2:06cv755-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
     Defendant.                )


J.B., a minor child, by and    )
through his next friend,       )
Addie Ward, on behalf of       )
himself and all others         )
similarly situated,            )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )       2:06cv908-MHT
                               )
WALTER WOOD, in his            )
individual capacity,           )
                               )
     Defendant.                )
```

**ORDER**

It is ORDERED that the motion to supplement the record (Doc. No. 72) is granted.

DONE, this the 26th day of November, 2007.


                       /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**