IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and  )
through his next friend,     )
Addie Ward, on behalf of     )
himself and all others       )
similarly situated,          )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:06cv755-MHT
                             )
WALTER WOOD, in his          )
individual capacity,         )
                             )
     Defendant.              )


J.B., a minor child, by and  )
through his next friend,     )
Addie Ward, on behalf of     )
himself and all others       )
similarly situated,          )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:06cv908-MHT
                             )
WALTER WOOD, in his          )
individual capacity,         )
                             )
     Defendant.              )
```

ORDER

Pursuant to the pretrial order (Doc. No. 69) in which the parties agreed to the resolution of this case on the record without a trial, it is ORDERED that the motion to suppress (Doc. No. 43) is denied.

DONE, this the 28th day of November, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**