IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.2:06-CV-755-MHT ) |
| J. WALTER WOOD, in his individual capacity. | ) ) ) |
| Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW J. Walter Wood, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                   Relationship to Party

_____      _____

_____      _____


November 29, 2007                   /s/ T. Dudley Perry, Jr.
        Date                        General Counsel

                                    T. Dudley Perry, Jr.
                                    Counsel for (print names of all parties)

                                    P. O. Box 66, Mt. Meigs, AL 36057
                                    Address, City, State Zip Code

                                    334-215-3803
                                    Telephone Number

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of November 2007, I electronically filed the forgoing **CONFLICT DISCLOSURE STATEMENT**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following,

    Michael J. Crow, Esq.
    Beasley, Allen
    Post Office Box 4160
    Montgomery, AL 36103-4160

    Robert D. Drummond, Jr., Esq.
    Attorney At Law
    323 De La Mare Avenue
    Fairhope, AL 36532


| November 29, 2007 | /s/T. Dudley Perry, Jr. |
|---|---|
| Date | Signature |