IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:06cv755-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
    Defendant.                )


J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:06cv908-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
    Defendant.                )
```

**ORDER**

It is ORDERED that the motion to strike and alternative motion for leave to respond (Doc. No. 79) are set for submission, without oral argument, on December 14, 2007, with all briefs due by said date.

DONE, this the 30th day of November, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**