IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO:02:06cv755-MHT** |
| | * * | |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |
| | | |
| **J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others similarly situated;** | * * * * * | |
| **Plaintiff,** | * | |
| vs. | * | **CASE NO:02:06cv908-MEF** |
| | * * | |
| **WALTER WOOD, in his individual capacity,** | * * * | |
| **Defendant.** | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW J.B., the plaintiff, in the above the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the

provisions of the Middle District of Alabama's General Order No. 3047:

    __ X __  **This party is an individual**, or

    ____  This party is a governmental entity, or

    ____  There are no entities to be reported, or

    ____  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

12/17/2007  
Date

/s/Robert D. Drummond, Jr.  
Robert D. Drummond, Jr.(DRU004)  
323 De La Mare Ave.  
Fairhope, AL 36532  
251-990-6249

/s/Michael J. Crow  
Michael J. Crow (CRO039)  
Attorney for the Plaintiff  
BEASLEY. ALLEN, CROW,  
METHVIN, PORTIS &MILES  
P.O. 4160  
Montgomery, AL 36103-4160  
334-269-2343

CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of December, 2007, the foregoing was electronically filed with the Clerk of this Court thereby providing notice to counsel for the defendant, T. Dudley Perry, Esq., P.O. Box 66, Mt. Meigs, AL 36057

                                                         s//Robert D. Drummond, Jr.