IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:06cv755-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
     Defendant.               )


J.B., a minor child, by and   )
through his next friend,      )
Addie Ward, on behalf of      )
himself and all others        )
similarly situated,           )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:06cv908-MHT
                              )
WALTER WOOD, in his           )
individual capacity,          )
                              )
     Defendant.               )
```

ORDER

It is ORDERED as follows:

(1) The motion to strike (Doc. No. 79) is denied.

(2) The alternative motion for leave to respond (Doc. No. 79) is granted.

(3) Plaintiff is allowed until January 11, 2008, to respond to the new evidence.

(4) Whether the new evidence (including the defendant's new evidence and the plaintiff's responsive new evidence) is admissible and relevant will be addressed, to the extent necessary, as part of the final disposition of this case.

DONE, this the 18th day of December, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE