### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA,
### NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated; | ) ) ) ) | |
| Plaintiff, | ) ) | **Case No: 2:06-CV-755-MHT** |
| vs. | ) ) | |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all other similarly situated; | ) ) ) ) | |
| Plaintiff, | ) ) | **Case No: 2:06-CV-908-MHT** |
| vs. | ) ) | |
| WALTER WOOD, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

**COME NOW**, Sancha E. Teele, files this appearance as co-counsel on behalf of the

Defendant, in the above-styled matter.

DONE this the 6th  day of February, 2008.

Respectfully submitted,


s/Sancha E. Teele
Sancha E. Teele

Assistant Attorney General
Bar Number: 0103-H71T
Attorney for the Defendant
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057
Telephone: 334-215-3803
Fax: (334) 215-3872
E-Mail: sancha.teele@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **February 6, 2008** that I electronically filed the foregoing Notice of

Appearance, with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

Robert D. Drummond, Jr. (DRU004)
Attorney for the Plaintiff
323 De La Mare Avenue
Fairhope, AL 36532

Michael J. Crow, Esq.
Beasley, Allen
P. O. Box 4160
Montgomery, AL 36103-4160

s/Sancha E. Teele
Assistant Attorney General
Alabama Department of Youth
Services