IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, ) ) ) ) ) ) | | |
| Plaintiff, ) | | |
| ) | CIVIL ACTION NO. | |
| v. ) | 2:06cv755-MHT | |
| ) | | |
| WALTER WOOD, in his individual capacity, ) ) ) | | |
| Defendant. ) | | |

| | | |
|---|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated, ) ) ) ) ) ) | | |
| Plaintiff, ) | | |
| ) | CIVIL ACTION NO. | |
| v. ) | 2:06cv908-MHT | |
| ) | (WO) | |
| WALTER WOOD, in his individual capacity, ) ) ) | | |
| Defendant. ) | | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of defendant Walter Wood and against plaintiff J.B. on plaintiff J.B.'s federal claim, with plaintiff J.B. taking nothing as to his federal claim.

(2) Plaintiff J.B.'s remaining state-law claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff J.B., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of March, 2010.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE